# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| | § | |
| LASHUN V JAMES | § | Case No. 12-32139 |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

GREGG SZILAGYI, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 305,000.00 *(Without deducting any secured claims)* | Assets Exempt: 1,815.00 |
| Total Distributions to Claimants: 0.00 | Claims Discharged Without Payment: 688,311.00 |
| Total Expenses of Administration: 51.97 | |

3) Total gross receipts of $ 12,194.37  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 12,142.40  (see **Exhibit 2**), yielded net receipts of $ 51.97  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 686,003.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 51.97 | 51.97 | 51.97 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 2,308.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 688,311.00 | $ 51.97 | $ 51.97 | $ 51.97 |

4) This case was originally filed under chapter 7 on 08/14/2012 . The case was pending for 37 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/10/2015          By:/s/GREGG SZILAGYI
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| TAX REFUND | 1224-000 | 12,194.37 |
| **TOTAL GROSS RECEIPTS** | | **$ 12,194.37** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| LASHUN V JAMES | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 12,142.40 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 12,142.40** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citimortgage, Inc. P.O. Box 9438 Gaithersburg, MD 20898 | | 84,621.00 | NA | NA | 0.00 |
| | Citimortgage, Inc. P.O. Box 9438 Gaithersburg, MD 20898 | | 20,489.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Fifth Third Bank 5050 Kingsley Drive Cincinnati, OH 45263 | | 256,850.00 | NA | NA | 0.00 |
| | GMAC Mortgage LLC 3451 Hammond Avenue Waterloo, IA 50702 | | 104,064.00 | NA | NA | 0.00 |
| | Green Tree Servicing 332 Minnesota Street Suite 610 Saint Paul, MN 55101 | | 21,700.00 | NA | NA | 0.00 |
| | Seterus 14523 SW Millikan Way Street Beaverton, OR 97005 | | 116,424.00 | NA | NA | 0.00 |
| | Wells Fargo Home Mortgage 8480 Stagecoach Circle Frederick, MD 21701 | | 81,855.00 | NA | NA | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 686,003.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Gregg Szilagyi | 2200-000 | NA | 0.00 | 0.00 | 0.00 |
| Associated Bank | 2600-000 | NA | 51.97 | 51.97 | 51.97 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 51.97 | $ 51.97 | $ 51.97 |

UST Form 101-7-TDR (10/1/2010) *(Page: 4)*

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase 800 Brooksedge Blvd Westerville, OH 43081 | | 256.00 | NA | NA | 0.00 |
| | Chicago Municipal 18 South Michigan Avenue 10th Floor Chicago, IL 60603 | | 25.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GECRB/SAMS CLUB P.O. Box 981400 El Paso, TX 79998 | | 35.00 | NA | NA | 0.00 |
| | THD/CBNA P.O. Box 6497 Sioux Falls, SD 57117 | | 1,992.00 | NA | NA | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 2,308.00 | $ 0.00 | $ 0.00 | $ 0.00 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 12-32139 | JSB | Judge: | Janet S. Baer | Trustee Name: | GREGG SZILAGYI |
|---|---|---|---|---|---|---|
| Case Name: | LASHUN V JAMES | | | | Date Filed (f) or Converted (c): | 08/14/2012 (f) |
| | | | | | 341(a) Meeting Date: | 10/15/2012 |
| For Period Ending: | 09/10/2015 | | | | Claims Bar Date: | 01/07/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 324 Grafton Place Matteson, IL 60443 | 220,000.00 | 0.00 | | 0.00 | FA |
| 2. 14813 South Michigan Avenue Dolton, IL 60419 | 20,000.00 | 0.00 | | 0.00 | FA |
| 3. 14739 Kenwood Avenue Dolton, IL 60419 | 25,000.00 | 0.00 | | 0.00 | FA |
| 4. 14617 Kenwood Avenue Dolton, IL 60419 | 25,000.00 | 0.00 | | 0.00 | FA |
| 5. 14610 Blackstone Dolton, IL 60419 | 15,000.00 | 0.00 | | 0.00 | FA |
| 6. Cash on Hand | 15.00 | 0.00 | | 0.00 | FA |
| 7. JP Morgan Chase Chicago, IL | 500.00 | 0.00 | | 0.00 | FA |
| 8. Household Goods & Furnishings | 1,000.00 | 0.00 | | 0.00 | FA |
| 9. Wearing Apparel | 300.00 | 0.00 | | 0.00 | FA |
| 10. TAX REFUND (u) | Unknown | 0.00 | | 12,194.37 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $306,815.00 | $0.00 | | $12,194.37 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/30/2014        Current Projected Date of Final Report (TFR): 09/01/2014

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-32139 | Trustee Name: | GREGG SZILAGYI |
| Case Name: | LASHUN V JAMES | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX0880 |
| | | | CHECKING ACCOUNT |
| Taxpayer ID No: | XX-XXX8963 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 09/10/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/04/13 | 10 | Internal Revenue Service | TAX REFUND | 1224-000 | $12,194.37 | | $12,194.37 |
| 11/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $16.37 | $12,178.00 |
| 12/06/13 | | Associated Bank | Technology Fee | 2600-000 | | $17.52 | $12,160.48 |
| 01/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $18.08 | $12,142.40 |
| 02/19/15 | 1000 | LASHUN V. JAMES C/O PAUL O. OTUBUSIN 77 WEST WASHINGTON ST STE 1204 CHICAGO, IL 60602 | SURPLUS FUNDS/ NO CLAIMS FILED Reversal | 8200-000 | | ($12,142.40) | $24,284.80 |
| 02/19/15 | 1000 | LASHUN V. JAMES C/O PAUL O. OTUBUSIN 77 WEST WASHINGTON ST STE 1204 CHICAGO, IL 60602 | SURPLUS FUNDS/ NO CLAIMS FILED | 8200-000 | | $12,142.40 | $12,142.40 |
| 06/09/15 | 1001 | LASHUN V JAMES 324 GRAFTON PLACE MATTESON, IL 60443 | Distribution of surplus funds to debtor. | 8200-002 | | $12,142.40 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $12,194.37 | $12,194.37 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $12,194.37 | $12,194.37 |
| Less: Payments to Debtors | $0.00 | $12,142.40 |
| Net | $12,194.37 | $51.97 |

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

Page Subtotals: $12,194.37 $12,194.37

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0880 - CHECKING ACCOUNT | $12,194.37 | $51.97 | $0.00 |
| | $12,194.37 | $51.97 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $12,194.37 |
| Total Gross Receipts: | $12,194.37 |

Page Subtotals:                $0.00        $0.00